UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VANITA DAVIS,

        Plaintiff,

v.                                                        Case No. 12-13728
                                                        Honorable Julian Abele Cook, Jr.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

ORDER

This case involves a complaint by the Plaintiff, Vanita Davis, who, in relying upon the authority of 42 U.S.C. § 405(g), has asked this Court to review a final decision by the Defendant, the Commissioner of the Social Security Administration ("Commissioner"). The parties thereafter filed motions for summary judgment pursuant to Federal Rule of Civil Procedure 56, both of which were forwarded by the Court to Magistrate Judge David R. Grand for evaluation. In a report on July 15, 2013, the Magistrate Judge recommended that this Court (1) deny the Commissioner's motion for summary judgment, (2) grant Davis's motion for summary judgment, (3) reverse the Commissioner's decision, and (4) remand for further consideration pursuant to sentence four of 42 U.S.C. § 405(g). As of this date, neither party has expressed any objections to the Magistrate Judge's report and recommendation. The period of time for filing objections having now expired, this Court adopts the report, including the recommendations of the Magistrate Judge, in its entirety.

1

IT IS SO ORDERED.

Date: August 6, 2013                              s/Julian Abele Cook, Jr.
                                                  JULIAN ABELE COOK, JR.
                                                  U.S. District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on August 6, 2013.

                                                  s/ Kay Doaks
                                                  Case Manager